IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3138 |
| v. | ) | |
| | ) | |
| EMANUEL CARLOS CAMACHO, | ) | |
| PHILLIP EMANUEL CAMACHO, | ) | ORDER |
| RANDY A. KNAUB, JEFFREY | ) | |
| LEONARD ROMERO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

At the initial appearances of defendants Phillip Emanuel Camacho and Randy A. Knaub, trial was set for February 27, 2006. At the initial appearances of defendants Emanuel Carlos Camacho and Jeffrey Leonard Romero, trial was set for April 3, 2006.  The trial should be set on the same date as to all defendants.

IT THEREFORE HEREBY IS ORDERED,

Trial of this matter <u>as to all defendants</u>  shall commence at 9:00 a.m., April 3, 2006, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

DATED this 2nd day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge