```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
     v.                        )         4:05CR3138
                               )
EMANUEL CARLOS CAMACHO,        )
                               )
          Defendants.          )         ORDER
                               )
```

Defendant has filed a motion to reopen detention hearing with proposed conditions of release.  Filing 44.

IT IS ORDERED:

1. The clerk is directed to remove filing number 44 from the public docket sheet and file it as a sealed pleading pursuant to the E-Government Act.

2. The pretrial services officer shall investigate the proposal of the defendant and report to the court and counsel as soon as practicable.

DATED this 3rd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge