IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3138 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| EMANUEL CARLOS CAMACHO, | ) | |
| RANDY A. KNAUB, | ) | |
| JEFFREY LEONARD ROMERO, | ) | |
| | | |
| Defendants. | | |

IT IS ORDERED that:

(1)   Without objection by the plaintiff and Defendants Camacho and Romero, Defendant Knaub's motion to continue trial (filing 81) is granted.

(2)   Trial of this case as to Defendants Camacho, Knaub and Romero is continued to 9:00 a.m., Monday, September 11, 2006, for five days, as the number one criminal case, before the undersigned United States district judge, in Lincoln, Nebraska. Since this is a criminal case, the defendants shall be present unless excused by the court.

(3)   The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

May 25, 2006.                                    BY THE COURT:

                                                          s/ *Richard G. Kopf*
                                                          United States District Judge