```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,      )
                               )
         Plaintiffs,           )
                               )
    v.                         )           4:05CR3138
                               )
EMANUEL CARLOS CAMACHO,        )
                               )
         Defendant.            )           ORDER
                               )
```

IT IS ORDERED:

A hearing on counsel's motion to withdraw, filing 90, will be held before the undersigned on August 31, 2006 at 2:45 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendant shall be present for the hearing.

DATED this 25th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge