IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 AUG 31  PM 3: 39

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:05CR3138 |
| EMANUEL CARLOS CAMACHO, | ) |
| Defendant. | ) ORDER |

IT IS ORDERED:

Defendant's motion to modify conditions of release, filing 86, is granted and the conditions of defendant's release are amended to remove the requirement for electronic monitoring upon his full payment to the monitoring company.

DATED this 31st day of August, 2006.

BY THE COURT:

David L. Piester
United States Magistrate Judge