```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:05CR3138 |
| | ) | |
| EMANUEL CARLOS CAMACHO, | ) | |
| RANDY A. KNAUB, | ) | |
| JEFFREY LEONARD ROMERO, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED:

1. Trial of this matter is continued **as to all defendants** from September 11, 2006 to November 13, 2006 at 9:00 a.m., for four days **as the first criminal case** before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. The court finds that the ends of justice will be served by extending the trial date, and the time between August 31, 2006 and November 13, 2006 shall be excluded from the calculation of speedy trial time for the reason that it is more important for the defendant to be represented by an attorney who is fully informed and prepared for trial than it is for the defendant to have a speedy trial, and that failure to extend the trial date might result in a miscarriage of justice.
18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 31st day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge