IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3138 |
| V. | ) | |
| | ) | |
| EMANUEL CARLOS CAMACHO, | ) | |
| RANDY A. KNAUB, | ) | ORDER |
| JEFFREY LEONARD ROMERO, | ) | |
| | ) | |
| Defendants. | ) | |

A conference call with counsel was held today.

IT IS ORDERED that:

(1)     Defendant Emanuel Carlos Camacho's motion to continue trial (filing 114) is granted.

(2)     Trial of this case as to Defendants Camacho, Knaub and Romero is continued to 9:00 a.m., Monday, December 4, 2006, as the number one criminal case, before the undersigned United States district judge, in Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

(3)     The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice.  See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

October 18, 2006.                              BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge