```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiffs,          )
                                )
        v.                       )         4:05CR3138
                                )
EMANUEL CARLOS CAMACHO,          )
RANDY A. KNAUB, and              )
JEFFREY LEONARD ROMERO,          )         ORDER
                                )
            Defendants.          )
                                )
```

Upon the reassignment of this case to United States Senior District Judge Warren K. Urbom,

IT IS ORDERED:

Trial is set to commence at 9:00 a.m., December 4, 2006, for a duration of four trial days before the Honorable Warren K. Urbom in Courtroom 4, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 8th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge