IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:05CR3138 |
| v. | ) | |
| | ) | |
| EMANUEL CARLOS CAMACHO, | ) | |
| RANDY A. KNAUB, JEFFREY | ) | ORDER DENYING MOTION TO |
| LEONARD ROMERO, | ) | CONTINUE TRIAL |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

For the reasons stated orally on the record following a telephone conference with the attorneys,

IT IS ORDERED that the United States' Motion to Continue Trial, filing 184, is denied.

Dated March 2, 2007.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge