IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EMANUEL CARLOS CAMACHO, ) <br> PHILLIP EMANUEL CAMACHO, ) <br> RANDY A. KNAUB, JEFFREY ) <br> LEONARD ROMERO, ) <br> ) <br> Defendants. ) <br> ) <br> ) | 4:05CR3138 <br><br> ORDER ON MOTION TO REDACT <br> TRANSCRIPTS OUT OF TIME |

IT IS ORDERED that:

1. the plaintiff's Request to Redact Transcripts Out of Time, filing 317, is denied as moot;

2. the plaintiff's Motion to Redact Transcripts Out of Time, filing 318, is granted; and

3. the transcripts shall be redacted as requested in the letter to the court reporter, dated September 26, 2007, and attached to the Motion to Redact Transcripts Out of Time, filing 318.

Dated September 26, 2007.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge