IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05cr3138 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING OF MOTION |
| vs. | ) | UNDER 28 U.S.C. § 2255 |
| | ) | |
| EMANUEL CARLOS CAMACHO, | ) | |
| | ) | |
| Defendant. | ) | |

    The United States Attorney is notified of the filing on May 3, 2010, of a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody, filing 357.   The United States shall have until June 21, 2010, in which to respond.

    Dated May 4, 2010.

                          BY THE COURT

                          s/ Warren K. Urbom
                          United States Senior District Judge