IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | )  4:05CR3138 |
| v. | ) |
| EMANUEL CARLOS CAMACHO, | )  ORDER ON APPLICATION TO PROCEED |
| | )  INFORMA PAUPERIS BY A PRISONER |
| Defendants. | ) |

The defendant was granted permission to proceed informa pauperis in his criminal case,

IT THEREFORE IS ORDERED that the Application to Proceed Informa Pauperis by a Prisoner, filing 359, regarding his § 2255 motion is denied as moot.

Dated May 4, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge